FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -5 AM 7:06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BILLY MONROE #103355**                               CIVIL ACTION

versus                                                  NO. 05-5718

**BURL CAIN, WARDEN**                                   SECTION: "D" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Billy Monroe** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___3___ day of ___Oct___, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.